# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2015

## NO. 03-15-00219-CV

**Hallmark Specialty Underwriters, Inc. and Hallmark Specialty Insurance Company, Appellants**

**v.**

**Texas Mutual Insurance Company, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court. Hallmark Specialty Underwriters, Inc.; and Hallmark Specialty Insurance Company have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.